377 A.2d 196

Retired State Police Association of Pennsylvania, Inc., et al. Appeal.

Submitted March 16, 1977. Ronald M. Katzman, and Goldberg, Evans & Katzman, for appellants; John C. Sullivan, and Nauman, Smith, Shissler & Hall, for appellees.

Appeal quashed.

377 A.2d 196

Rudolph Appeal.

Argued November 10, 1976. Douglas R. Stanton, for appellant; Kenneth E. Fox, Jr., for appellee.

Order affirmed.

HOFFMAN, J., dissents.